### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. NICHOLAS,           )<br>                               )<br>          Plaintiff,            )<br>     v.                        )<br>                               )<br>AMERICAN DETECTIVE             )<br>ACADEMY, et al.,               )<br>                               )<br>          Defendants.          ) | Civil Action No. 06-212 Erie |

### MEMORANDUM ORDER

     Plaintiff's civil rights complaint was received by the Clerk of Court on September 15, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

     The magistrate judge's report and recommendation, filed on October 3, 2006, recommended that Plaintiff's complaint be dismissed without prejudice to Plaintiff's right to pay the filing fee of $350.00 before October 23, 2006.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail at SCI Albion, where he is incarcerated.  No objections were filed.  After <u>de novo</u> review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

     AND NOW, this 29th day of March, 2007;

     IT IS ORDERED that the Plaintiff has until April 11, 2007 to pay the filing fee of $350.00.  In the event that Plaintiff does not pay the full filing fee, this case will be dismissed with prejudice.

     The report and recommendation of Magistrate Judge Baxter, dated October 3, 2006 [ Doc. # 3], as modified, is adopted as the opinion of this Court.

                                          s/ <u>SEAN J. McLAUGHLIN</u>
                                          Sean J. McLaughlin
                                          United States District Judge

cc:    all parties of record
        U.S. Magistrate Judge Baxter