IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD J. NICHOLAS,**            )<br>           **Plaintiff,**            )<br>     v.                                                  )<br>                                                         )<br>**AMERICAN DETECTIVE ACADEMY, et al.,**  )<br>           **Defendants.**            ) | C.A. No. 06-212 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

On September 15, 2006, Plaintiff Edward J. Nicholas, a state prisoner appearing *pro se*, filed the instant civil rights action.  This matter was assigned to United States District Judge Sean J. McLaughlin and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On October 3, 2006, Magistrate Judge Baxter issued a Report and Recommendation recommending that Plaintiff's Complaint be dismissed without prejudice to his right to pay the full filing fee of $350.00 before October 23, 2006. [Document # 3].  No objections to this Report and Recommendation were filed.  As a result, this Court issued an Order, dated March 29, 2007, adopting Magistrate Judge Baxter's Report and Recommendation and requiring Plaintiff to pay the full filing fee of $ 350.00 by April 11, 2007, or suffer dismissal of this case, with prejudice. [Document # 6].

AND NOW, this 18th day of April, 2007;

Following a *de novo* review of the record in this case, and in consideration of the fact that Plaintiff has failed to comply with this Court's Order to pay the full filing fee in this case by April 11, 2007, IT IS HEREBY ORDERED that this case is dismissed, with prejudice.

IT IS FURTHER ORDERED that the Clerk of Courts close this case.

                                                    SEAN J. MCLAUGHLIN
                                                    UNITED STATES DISTRICT JUDGE

cc:    The Honorable Susan Paradise Baxter
       Chief United States Magistrate Judge